IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,<br><br>        Plaintiff,<br><br>  v.<br><br>EMPLOYEE EQUITY ADMINISTRATION INC,<br><br>        Defendant.<br>                                    / | No. C 12-04494 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 3, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 13, 2013.

DESIGNATION OF EXPERTS: 8/30/13; REBUTTAL: 9/27/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by March 21, 2014;

    Opp. Due April 4, 2014;  Reply Due April 11, 2014;

    and set for hearing no later than April 25, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 17, 2014 at 3:30 PM.

JURY TRIAL DATE: June 30, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline to either add new parties and/or claims is 5/31/13.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/22/13

                                                SUSAN ILLSTON
                                               United States District Judge