1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  ANNE M. BEVINGTON (SBN 111320)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  Telephone:  (415) 882-7900
   Facsimile:   (415) 882-9287
5  pmiller@sjlawcorp.com
   khancock@sjlawcorp.com
6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SERVICE EMPLOYEES INTERNATIONAL
   UNION NATIONAL INDUSTRY PENSION
12 FUND; STEPHEN ABRECHT, Trustee; ROD        CASE NO.:  CV 12-4494 JST
   BASHIR, Trustee; KEVIN J. DOYLE, Trustee;
13 MYRIAM ESCAMILLA, Trustee; STEVEN
   W. FORD, Trustee; EDWARD J. MANKO,         **STIPULATION FOR LEAVE TO FILE
14 Trustee; FRANK A. MAXSON, Trustee; JOHN    PLAINTIFFS' FIRST AMENDED
   J. SHERIDAN, Trustee; LARRY T. SMITH,      COMPLAINT;
15 Trustee; DAVID STILWELL, Trustee,          (PROPOSED) ORDER**

16       Plaintiffs,
   v.                                         Complaint filed:  August 27, 2012
17                                            Trial Date:        June 30, 2014
   EMPLOYEE EQUITY ADMINISTRATION,
18 INC., a California corporation, d/b/a Westline
   Medical Management et al.
19
         Defendants.
20

21       Plaintiffs and all Defendants hereby stipulate and jointly request that the Court enter an order

22 as follows:

23       1.      That Plaintiffs be granted leave to file a First Amended Complaint for the purpose of

24 adding additional defendants and additional claims for fraudulent transfers, aiding and abetting

25 fraudulent transfers and transactions to evade or avoid withdrawal liability pursuant to recently

26 discovered facts;

27

28
                          - 1 -      STIPULATION FOR LEAVE TO FILE
                      FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
                                         CASE NO. CV 12-4494 JST

1    2.    That Defendants are not waiving any rights or defenses in responding to the First

2  Amended Complaint by agreeing to this stipulation;

3    3.    That the First Amended Complaint be filed within five days after the Court enters an

4  order approving this stipulation; and

5    4.    That Defendants have 30 days after the filing and ECF service of the First Amended

6  Complaint within which to file their response.

7

8  Dated:  May 16, 2013            SALTZMAN & JOHNSON LAW CORPORATION
                                   By:  __/s/ Kimberly A. Hancock_____
9                                        Kimberly A. Hancock
                                         Attorneys for Plaintiffs
10

11 Dated:  May 16, 2013            By:  __/s/ Shelley R. Buchanan_____
                                         SHELLEY R. BUCHANAN
12                                       Attorney for Defendants, EMPLOYEE EQUITY
                                         ADMINISTRATION, INC., et al.
13

14
   Dated:  May 16, 2013            JACKSON LEWIS LLP
15
                                   By:  __/s/ Charles F. Seemann III_____
16                                       CHARLES F. SEEMANN III
                                         Attorneys for Defendants, SOL HEALTHCARE
17                                       LLC; SOLNUS TWO, LLC; SOLNUS THREE,
                                         LLC; SOLNUS FOUR, LLC
18

19

20                                  **ORDER**

21         Pursuant to the above stipulation, the Court grants plaintiffs leave to file a First Amended

22 Complaint within five days after entry of this order. Defendants shall respond to the First Amended

23 Complaint within 30 days of filing and ECF service.

24

25 Dated: May 16, 2013            _____
                                 HONORABLE JON S. TIGAR
26                               UNITED STATES DISTRICT JUDGE

27

28
                                          - 2 -        STIPULATION FOR LEAVE TO FILE
                                      FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
                                                       CASE NO. CV 12-4494 JST

1      DECLARATION OF KIMBERLY A. HANCOCK

2      Pursuant to ECF General Order 45, I, Kimberly A. Hancock, declare as follows:

3      1.      The signatories listed above, Shelley R. Buchanan, Attorney at Law, and Charles F.

4 Seemann III, of the law firm of Jackson Lewis LLP are attorneys of record for Defendants;

5      2.      Concurrent with the e-filing of the within Stipulation for Leave to File Plaintiffs'

6 First Amended Complaint, authority was obtained from Shelley R. Buchanan and Charles F.

7 Seemann III in lieu of their signatures on the Stipulation;

8      3.      The Law Offices of Saltzman & Johnson maintains a record to support this

9 concurrence for subsequent production for the court if so ordered for inspection upon request by a

10 party until one year after final resolution of the within action, including appeal, if any.

11      I declare under penalty of perjury that the foregoing is true and correct and that this

12 declaration was signed this 16th day of May, 2013, in San Francisco, California.

13

14      /S/      Kimberly A. Hancock_____
         Kimberly A. Hancock

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -      STIPULATION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
CASE NO. CV 12-4494 JST