PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; ROD BASHIR, Trustee; KEVIN J. DOYLE, Trustee; MYRIAM ESCAMILLA, Trustee; STEVEN W. FORD, Trustee; EDWARD J. MANKO, Trustee; FRANK A. MAXSON, Trustee; JOHN J. SHERIDAN, Trustee; LARRY T. SMITH, Trustee; DAVID STILWELL, Trustee,<br><br>Plaintiffs,<br>v.<br><br>EMPLOYEE EQUITY ADMINISTRATION, INC., a California corporation, d/b/a Westline Medical Management et al.<br><br>Defendants. | CASE NO.:  CV 12-4494 JST<br><br>**STIPULATION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT;**<br>**(PROPOSED) ORDER**<br><br>Complaint filed:   August 27, 2012<br>Trial Date:            June 30, 2014 |

Plaintiffs and all Defendants hereby stipulate and jointly request that the Court enter an order as follows:

1. That Plaintiffs be granted leave to file a First Amended Complaint for the purpose of adding additional defendants and additional claims for fraudulent transfers, aiding and abetting fraudulent transfers and transactions to evade or avoid withdrawal liability pursuant to recently discovered facts;

- 1 -   STIPULATION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
CASE NO. CV 12-4494 JST

2. That Defendants are not waiving any rights or defenses in responding to the First Amended Complaint by agreeing to this stipulation;

3. That the First Amended Complaint be filed within five days after the Court enters an order approving this stipulation; and

4. That Defendants have 30 days after the filing and ECF service of the First Amended Complaint within which to file their response.

Dated:  May 16, 2013               SALTZMAN & JOHNSON LAW CORPORATION
                                   By:   /s/ Kimberly A. Hancock
                                         Kimberly A. Hancock
                                         Attorneys for Plaintiffs

Dated:  May 16, 2013               By:   /s/ Shelley R. Buchanan
                                         SHELLEY R. BUCHANAN
                                         Attorney for Defendants, EMPLOYEE EQUITY
                                         ADMINISTRATION, INC., et al.

Dated:  May 16, 2013               JACKSON LEWIS LLP

                                   By:   /s/ Charles F. Seemann III
                                         CHARLES F. SEEMANN III
                                         Attorneys for Defendants, SOL HEALTHCARE
                                         LLC; SOLNUS TWO, LLC; SOLNUS THREE,
                                         LLC; SOLNUS FOUR, LLC

## ORDER

Pursuant to the above stipulation, the Court grants plaintiffs leave to file a First Amended Complaint within five days after entry of this order. Defendants shall respond to the First Amended Complaint within 30 days of filing and ECF service.

Dated: May 16, 2013               _____
                                  HONORABLE JON S. TIGAR
                                  UNITED STATES DISTRICT JUDGE

DECLARATION OF KIMBERLY A. HANCOCK

Pursuant to ECF General Order 45, I, Kimberly A. Hancock, declare as follows:

1. The signatories listed above, Shelley R. Buchanan, Attorney at Law, and Charles F. Seemann III, of the law firm of Jackson Lewis LLP are attorneys of record for Defendants;

2. Concurrent with the e-filing of the within Stipulation for Leave to File Plaintiffs' First Amended Complaint, authority was obtained from Shelley R. Buchanan and Charles F. Seemann III in lieu of their signatures on the Stipulation;

3. The Law Offices of Saltzman & Johnson maintains a record to support this concurrence for subsequent production for the court if so ordered for inspection upon request by a party until one year after final resolution of the within action, including appeal, if any.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 16th day of May, 2013, in San Francisco, California.

/S/     Kimberly A. Hancock_____
Kimberly A. Hancock