1  DAVID R. JOHANSON (SBN 164141)
   david.johanson@jacksonlewis.com
2  JACKSON LEWIS LLP
   725 South Figueroa Street, Suite 2500
3  Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
4  Facsimile:  (213) 689-0430

5  CHARLES F. SEEMANN III (admitted *pro hac vice*)
   charles.seemann@jacksonlewis.com
6  JACKSON LEWIS LLP
   650 Poydras Street, Suite 1900
7  New Orleans, Louisiana 70130
   Telephone:  (504) 208-1755
8  Facsimile:  (504) 208-1755

9  Attorneys for Defendants SOL HEALTHCARE, LLC;
   SOLNUS  TWO, LLC; SOLNUS THREE, LLC;
10 SOLNUS FOUR, LLC; SOLNUS EIGHT, LLC; SOL
   MAJER; and SCHLOMO RECHNITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee, ROD BASHIR, Trustee; KEVIN J. DOYLE, Trustee; MYRIAM ESCAMILLA, Trustee; STEVEN W. FORD, Trustee; EDWARD J. MANKO, Trustee; FRANK A. MAXSON, Trustee; JOHN J SHERIDAN, Trustee; LARRY T. SMITH, Trustee; DAVID STILWELL, Trustee,<br><br>              Plaintiff,<br><br>      vs.<br><br>EMPLOYEE EQUITY ADMINISTRATION, INC., a California corporation, d/b/a Westline Medical Management, et al.<br><br>              Defendants. | Case No.: CV 12 4494 JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER**<br><br>Date:       July 3, 2013<br>Time:      2:00 p.m.<br>Judge:     Hon. Jon S. Tigar<br>Location: Courtroom 9, 19th Floor<br><br>            450 Golden Gate Ave.<br><br>            San Francisco, California<br><br>**First Amended<br>Complaint filed:  May 16, 2013<br>Trial Date:          June 30, 2014** |

CASE NO.:  CV 12 4494 JST         **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiffs Service Employees International Union National Industry Pension Fund, Stephen Abrecht, Rod Bashir, Kevin J. Doyle, Myriam Escamilla, Steven W. Ford, Edward J. Manko, Frank A. Maxson, John J. Sheridan, Larry T. Smith, and David Stillwell (collectively, the "Plaintiffs"), the Westline Defendants (which includes Defendants Employee Equity Administration, Inc., Oak Facility, Inc., RCC Facility, Inc., RV Facility, Inc., SP Facility, Inc., SJ Facility, Inc., Pleasant View Convalescent Hospital, Inc., Willow Street Properties, LLC, Northgate Center, Inc., Jaline, Inc., Skilled Logic Systems, Jack Easterday, and Deline Davis), and the Solnus Defendants (which include Sol Healthcare, LLC, SOLNUS TWO, LLC, SOLNUS THREE, LLC, SOLNUS FOUR, LLC, SOLNUS EIGHT, LLC, Sol Majer, and Schlomo Rechnitz), (collectively, the "Parties"), hereby stipulate as follows:

1. A Case Management Conference is currently scheduled for July 3, 2013, per Docket No. 32.

2. On June 18, 2013, counsel for the Solnus Defendants became aware that he no longer was available on July 3, 2013, for the Case Management Conference due to personal reasons involving ongoing medical care for a family member.

3. The Parties jointly request that the Case Management Conference be continued to the next available date for the Parties, which is August 28, 2013, or as soon thereafter when the court is next available.

4. The Parties request that the Joint Case Management Conference Statement be submitted to the Court ten court days before August 28, 2013.

IT IS SO STIPULATED.

Date: June 19, 2013             JACKSON LEWIS LLP

                                By: _____/S/_____
                                DAVID R. JOHANSON

                                Attorneys for Defendants Sol Healthcare LLC,
                                Solnus Two, LLC; Solnus Three, LLC;
                                Solnus Four, LLC; Solnus Eight, LLC; Sol Majer; and
                                Shlomo Rechnitz

CASE NO.: CV 12 4494 JST             2             JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Date: June 19, 2013              SALTZMAN & JOHNSON LAW CORPORATION


By: _____/S/_____

ANNE M. BEVINGTON

Attorneys for Plaintiffs

Date: June ___, 2013

By: _____

SHELLEY R. BUCHANAN

Attorneys for Defendants Employee Equity Administration, Inc., et al.


## [PROPOSED] ORDER

The terms of the Stipulation herein above are hereby approved and adopted.

The Case Management Conference currently scheduled for July 3, 2013, is hereby continued to ____September 4____, 2013, at 2:00 p.m. The Parties shall file with the Court a Joint Statement ten (10) court days prior to that date. IT IS SO ORDERED.


____June 20____, 2013                    _____
                                          District Court Judge Jon S. Tigar