1  DAVID R. JOHANSON (SBN 164141)
   david.johanson@jacksonlewis.com
2  JACKSON LEWIS LLP
   725 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5408
   Telephone: (213) 689-0404
4  Facsimile: (213) 689-0430

5  CHARLES F. SEEMANN III (admitted *pro hac vice*)
   charles.seemann@jacksonlewis.com
6  JACKSON LEWIS LLP
   650 Poydras Street, Suite 1900
7  New Orleans, Louisiana 70130
   Telephone: (504) 208-1755
8  Facsimile: (504) 208-1755

9  Attorneys for Defendants SOL HEALTHCARE, LLC;
   SOLNUS TWO, LLC; SOLNUS THREE, LLC;
10 SOLNUS FOUR, LLC; SOLNUS EIGHT, LLC; SOL
   MAJER; and SHLOMO RECHNITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee, ROD BASHIR, Trustee; KEVIN J. DOYLE, Trustee; MYRIAM ESCAMILLA, Trustee; STEVEN W. FORD, Trustee; EDWARD J. MANKO, Trustee; FRANK A. MAXSON, Trustee; JOHN J SHERIDAN, Trustee; LARRY T. SMITH, Trustee; DAVID STILWELL, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYEE EQUITY ADMINISTRATION, INC., a California corporation, d/b/a Westline Medical Management, et al.<br><br>Defendants. | Case No.: CV 12 4494 JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER**<br><br>Date: September 4, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Location: Courtroom 9, 19th Floor<br><br>450 Golden Gate Ave.<br><br>San Francisco, California<br><br>**First Amended Complaint filed: May 16, 2013<br>Trial Date: June 30, 2014** |

Plaintiffs Service Employees International Union National Industry Pension Fund, Stephen Abrecht, Rod Bashir, Kevin J. Doyle, Myriam Escamilla, Steven W. Ford, Edward J. Manko, Frank A. Maxson, John J. Sheridan, Larry T. Smith, and David Stillwell (collectively, the "Plaintiffs"), the Westline Defendants (which includes Defendants Employee Equity Administration, Inc., Oak Facility, Inc., RCC Facility, Inc., RV Facility, Inc., SP Facility, Inc., SJ Facility, Inc., Pleasant View Convalescent Hospital, Inc., Willow Street Properties, LLC, Northgate Center, Inc., Jaline, Inc., Skilled Logic Systems, Jack Easterday, and Deline Davis), and the Solnus Defendants (which include Sol Healthcare, LLC, SOLNUS TWO, LLC, SOLNUS THREE, LLC, SOLNUS FOUR, LLC, SOLNUS EIGHT, LLC, Sol Majer, and Shlomo Rechnitz), (collectively, the "Parties"), hereby stipulate as follows:

1. A Case Management Conference is currently scheduled for September 4, 2013, pursuant to Docket No. 46.

2. This Court previously ordered Mediation to occur pursuant to Docket No. 38. Such Mediation is scheduled to occur on September 25, 2013, at this Court's ADR Unit in San Francisco, California. The Parties believe that it would be more efficient and cost effective to conduct the initial Case Management Conference with Judge Tigar after the Mediation occurs.

3. The Parties jointly request that the Case Management Conference be continued to the next available date for the Parties after the Mediation, which is October 9, 2013, or as soon thereafter (except for October 16, October 23, or October 30, when the parties are unavailable) when this Court is next available. Please note that the parties are also not available on October 3, 2013.

4. The Parties request that the Joint Case Management Conference Statement be submitted to the Court ten court days before the new Case Management Conference date.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

Date: August 21, 2013                JACKSON LEWIS LLP

By:  /S/ _____

DAVID R. JOHANSON

Attorneys for Defendants Sol Healthcare LLC, Solnus Two, LLC; Solnus Three, LLC; Solnus Four, LLC; Solnus Eight, LLC; Sol Majer; and Shlomo Rechnitz

Date: August 21, 2013                SALTZMAN & JOHNSON LAW CORPORATION

By:  /S/ _____

Kimberly A. Hancock

Attorneys for Plaintiffs

Date: August 21, 2013

By:  /S/ _____

SHELLEY R. BUCHANAN

Attorneys for Defendants Employee Equity Administration, Inc., et al.

**[PROPOSED] ORDER**

The terms of the Stipulation herein above are hereby approved and adopted.

The Case Management Conference currently scheduled for September 4, 2013, is hereby continued to ~~October 9, 2013~~ November 6, 2013, at 2:00 p.m.  The Parties shall file with this Court a Joint Statement ten (10) court days prior to that date.  IT IS SO ORDERED.

_____August 22_____, 2013

_____
District Court Judge Jon S. Tigar

CASE NO.: CV 12 4494 JST         3         JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE