1  DAVID R. JOHANSON (SBN 164141)
   david.johanson@jacksonlewis.com
2  MONICA R. PATEL (SBN 281786)
   Monica.patel@jacksonlewis.com
3  JACKSON LEWIS LLP
   725 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5408
   Telephone: (213) 689-0404
5  Facsimile: (213) 689-0430

6  CHARLES F. SEEMANN III (admitted *pro hac vice*)
   charles.seemann@jacksonlewis.com
7  JACKSON LEWIS LLP
   650 Poydras Street, Suite 1900
8  New Orleans, Louisiana 70130
   Telephone: (504) 208-1755
9  Facsimile: (504) 208-1755

10 Attorneys for Defendants SOL HEALTHCARE, LLC;
   SOLNUS TWO, LLC; SOLNUS THREE, LLC;
11 SOLNUS FOUR, LLC; SOLNUS EIGHT, LLC; SOL
   MAJER; and SHLOMO RECHNITZ
12
                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15 SERVICE EMPLOYEES INTERNATIONAL  )  Case No.: CV 12 4494 JST
   UNION NATIONAL INDUSTRY PENSION  )
16 FUND; STEPHEN ABRECHT, Trustee, ROD )
   BASHIR, Trustee; KEVIN J. DOYLE, Trustee; )
17 MYRIAM ESCAMILLA, Trustee; STEVEN W. )  **REQUEST FOR AN EXTENSION OF TIME**
   FORD, Trustee; EDWARD J. MANKO, )         **TO FILE CASE MANAGEMENT**
18 Trustee; FRANK A. MAXSON, Trustee; JOHN )  **CONFERENCE STATEMENT; and**
   J SHERIDAN, Trustee; LARRY T. SMITH, )    **[PROPOSED] ORDER**
19 Trustee; DAVID STILWELL, Trustee, )
                                     )
20         Plaintiff,                )  Date:     November 6, 2013
                                     )  Time:     2:00 p.m.
21    vs.                            )  Judge:    Hon. Jon S. Tigar
                                     )  Location: Courtroom 9, 19th Floor
22 EMPLOYEE EQUITY ADMINISTRATION,   )
   INC., a California corporation, d/b/a Westline )      450 Golden Gate Ave.
23 Medical Management, et al.        )
                                     )         San Francisco, California
24         Defendants.                )
                                     )
25                                   )  **First Amended**
                                     )  **Complaint filed: May 16, 2013**
26                                   )  **Trial Date:     June 30, 2014**
27

28

CASE NO.: CV 12 4494 JST         **REQUEST FOR AN EXTENSION OF TIME TO**
                                 **FILE CASE MANAGEMENTCONFERENCE**
                                 **STATEMENT; AND [PROPOSED] ORDER**

Defendants Sol Healthcare, LLC, Solnus Two, LLC, Solnus Three, LLC, Solnus Four, LLC, Solnus Eight, LLC, Sol Majer, and Shlomo Rechnitz (collectively, the "Solnus Defendants"), hereby request a five (5) day extension of time to file their Case Management Conference Statement on or before Monday, October 28, 2013, and state as follows:

1. A Case Management Conference is currently scheduled in this case for November 6, 2013.

2. The Joint Case Management Conference Statement is due on October 23, 2013, pursuant to Docket No. 49.

3. Due to unforeseen circumstances involving court appearances and other client matters for counsel for the Solnus Defendants, the Solnus Defendants request a few extra days in order to review the proposed Joint Case Management Conference Statement circulated on October 22, 2013, by counsel for Plaintiffs Service Employees International Union National Industry Pension Fund, Stephen Abrecht, Rod Bashir, Kevin J. Doyle, Myriam Escamilla, Steven W. Ford, Edward J. Manko, Frank A. Maxson, John J. Sheridan, Larry T. Smith, and David Stillwell (collectively, the "Plaintiffs").

4. The Solnus Defendants request that the Joint Case Management Conference Statement be submitted to the Court on Monday, October 28, 2013.

5. Counsel for Plaintiffs and the Westline Defendants (which includes Defendants Employee Equity Administration, Inc., Oak Facility, Inc., RCC Facility, Inc., RV Facility, Inc., SP Facility, Inc., SJ Facility, Inc., Pleasant View Convalescent Hospital, Inc., Willow Street Properties, LLC, Northgate Center, Inc., Jaline, Inc., Skilled Logic Systems, Jack Easterday, and Deline Davis) are aware that the Solnus Defendants need additional time and, out of an abundance of caution, intend to file their Joint Case Management Conference today, October 23, 2013.

6. In light of Plaintiffs and the Westline Defendants' filing of their Joint Case Management Conference Statement today, the Solnus Defendants believe they will not be prejudiced or burdened if the court grants the Solnus Defendants an extension of time.

7. Furthermore, Plaintiffs and the Westline Defendants may ultimately join in on the Solnus Defendants' Case Management Conference Statement on or before October 28, 2013.

///

///

Date: October 23, 2013				JACKSON LEWIS LLP

						By:	/s/ David R. Johanson
							DAVID R. JOHANSON

							Attorneys for Defendants Sol Healthcare LLC,
							Solnus Two, LLC; Solnus Three, LLC;
							Solnus Four, LLC; Solnus Eight, LLC; Sol Majer; and
							Shlomo Rechnitz

### [PROPOSED] ORDER

The terms of the Request herein above are hereby approved and adopted.

The Case Management Conference Statement currently due on October 23, 2013, is hereby due on October 28, 2013.  IT IS SO ORDERED.

Dated: October 24, 2013

						IT IS SO ORDERED
						Judge Jon S. Tigar

CASE NO.: CV 12 4494 JST       3       **REQUEST FOR AN EXTENSION OF TIME TO FILE CASE MANAGEMENT CONFERENCE STATEMENT; AND [PROPOSED] ORDER**