PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com
abevington@sjlawcorp.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee, ROD BASHIR, Trustee; KEVIN J. DOYLE, Trustee; MYRIAM ESCAMILLA, Trustee; STEVEN W. FORD, Trustee; EDWARD J. MANKO, Trustee; FRANK A. MAXSON, Trustee; JOHN J SHERIDAN, Trustee; LARRY T. SMITH, Trustee; DAVID STILWELL, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYEE EQUITY ADMINISTRATION, INC., a California corporation, d/b/a Westline Medical Management, et al.<br><br>Defendants. | Case No.: CV 12 4494 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY COMPLETION DATE**<br><br>Trial Date:  August 25, 2014 |

Pursuant to Civil Local Rule 6-2, all Parties to this action, by and through their counsel of record, hereby stipulate and request the Court to extend the non-expert discovery completion date until March 21, 2014, for the reasons set forth below.

WHEREAS Plaintiffs' filed a separate discovery letter brief in the above-captioned case (Dkt. No. 57) and on February 7, 2014, Judge Tigar referred any outstanding discovery disputes to Magistrate Judge Kandis Westmore (Dkt. No. 58).

-1-   STIPULATION AND [PROPOSED] ORDER TO
EXTEND NON-EXPERT DISCOVERY COMPLETION DATE
CASE NO. CV 12-4494 JST

1  WHEREAS, on February 11, 2014, Magistrate Judge Westmore issued an Order Regarding Plaintiffs' Discovery Letter Brief and ordered the parties to further meet and confer (Dkt. No. 59) on the discovery disputes. Judge Westmore also suggested that the parties consider requesting an extension of the fact discovery deadline in light of the outstanding discovery disputes.

WHEREAS, the parties wish to extend the discovery cut-off date to provide sufficient time for the parties to meet and confer regarding outstanding discovery disputes and to re-schedule previously noticed depositions;

WHEREAS, the current non-expert discovery cut-off date is February 14, 2014;

WHEREAS, the discovery cut-off date was previously continued once by Judge Tigar's November 6, 2013 Scheduling Order (Dkt. #55) to February 14, 2014;

WHEREAS, this stipulation and proposed order if issued, would affect the deadlines set by the Court on November 6, 2013 in the Scheduling Order as to the non-expert discovery cut-off date as to the parties;

IT IS HEREBY STIPULATED AND AGREED by and between the as follows:

1. The non-expert discovery cut-off date as to discovery between the parties for the purpose of providing sufficient time for the parties to meet and confer regarding outstanding discovery disputes and to re-schedule previously noticed depositions is extended until March 21, 2014.

2. The last day for the parties to file a motion to compel fact discovery is extended until March 28, 2014.

**SO STIPULATED**.

Date: February 13, 2014            SALTZMAN & JOHNSON LAW CORPORATION


                                    By: _____/S/_____
                                        KIMBERLY A. HANCOCK
                                        Attorneys for Plaintiffs

-2-   STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND NON-EXPERT DISCOVERY COMPLETION DATE
CASE NO. CV 12-4494 JST

C:\Users\noblew\AppData\Local\Temp\notes1A03DD\2-13-14 Stipulation re Discovery Cutoff All Parties.doc

Date:  February 13, 2014

By: _____/S/_____
SHELLEY R. BUCHANAN, Attorneys for Defendants,
Employee Equity Administration, Inc., et al.

Date:  February 13, 2014         JACKSON LEWIS LLP

By: _____/S/_____
DOUGLAS A. RUBEL
Attorneys for Defendants Sol Healthcare LLC,
Solnus Two, LLC; Solnus Three, LLC;
Solnus Four, LLC; Solnus Eight, LLC; Sol Majer; and
Shlomo Rechnitz

I, Kimberly A. Hancock, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document authority has been obtained from each signatory hereto.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Scheduling Order is hereby modified as follows:

1. The non-expert discovery cut-off date as to discovery between the parties for the purpose of providing sufficient time for the parties to meet and confer regarding outstanding discovery disputes and to re-schedule previously noticed depositions is extended until March 21, 2014.

2. The last day for the parties to file a motion to compel fact discovery is extended until March 28, 2014.

Dated: February 14, 2014

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE