UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE EQUITY ADMINISTRATION, INC.,, et al.,<br><br>Defendants. | Case No.  12-cv-04494-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 62 |

Some parties stated on the record on March 14, 2014, that they have settled this action. See ECF No. 62. Accordingly, all deadlines and hearings in this case as to the settling parties only are VACATED. By May 5, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

A case management conference will be held on May 21, 2014, which will be automatically vacated once the stipulation of dismissal is filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 17, 2014

_____
JON S. TIGAR
United States District Judge