PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com
abevington@sjlawcorp.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee, ROD BASHIR, Trustee; KEVIN J. DOYLE, Trustee; MYRIAM ESCAMILLA, Trustee; STEVEN W. FORD, Trustee; EDWARD J. MANKO, Trustee; FRANK A. MAXSON, Trustee; JOHN J. SHERIDAN, Trustee; LARRY T. SMITH, Trustee; DAVID STILWELL, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>EMPLOYEE EQUITY ADMINISTRATION, INC., a California corporation, d/b/a Westline Medical Management, *et al.*,<br><br>Defendants. | Case No.: 3:12-cv-4494-JST<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF SOL HEALTHCARE, LLC, a California limited liability company, d/b/a CORE Healthcare Centers; SOLNUS TWO, LLC, a California limited liability company, d/b/a Oakland Healthcare & Wellness Center; SOLNUS THREE, LLC, a California limited liability company, d/b/a/ Roseville Point Health & Wellness Center; SOLNUS FOUR, LLC, a California limited liability company, d/b/a San Pablo Healthcare & Wellness Center; SOLNUS EIGHT, LLC, a California limited liability company, d/b/a The Rehabilitation Center of Oakland; SOL MAJER; SHLOMO RECHNITZ** |

### JOINT STIPULATION

IT IS HEREBY STIPULATED by Plaintiffs and Defendants SOL HEALTHCARE, LLC, a California limited liability company, d/b/a CORE Healthcare Centers; SOLNUS TWO, LLC, a California limited liability company, d/b/a Oakland Healthcare & Wellness Center; SOLNUS THREE, LLC, a California limited liability company, d/b/a/ Roseville Point Health & Wellness Center; SOLNUS FOUR, LLC, a California limited liability company, d/b/a San Pablo

1 Healthcare & Wellness Center; SOLNUS EIGHT, LLC, a California limited liability company,
2 d/b/a The Rehabilitation Center of Oakland; SOL MAJER; and SHLOMO RECHNITZ,
3 (hereinafter, collectively, the "SOL Defendants"), through their respective counsel, that pursuant
4 to the Settlement Agreement between the Plaintiffs and the SOL Defendants, this Court dismiss
5 SOL HEALTHCARE, LLC, a California limited liability company, d/b/a CORE Healthcare
6 Centers; SOLNUS TWO, LLC, a California limited liability company, d/b/a Oakland Healthcare
7 & Wellness Center; SOLNUS THREE, LLC, a California limited liability company, d/b/a/
8 Roseville Point Health & Wellness Center; SOLNUS FOUR, LLC, a California limited liability
9 company, d/b/a San Pablo Healthcare & Wellness Center; SOLNUS EIGHT, LLC, a California
10 limited liability company, d/b/a The Rehabilitation Center of Oakland; SOL MAJER; and
11 SHLOMO RECHNITZ only from this action with prejudice, with all such parties to bear their
12 own costs and attorneys' fees, and retain jurisdiction over this matter to enforce the Settlement
13 Agreement if any action is required to enforce the Settlement Agreement after the dismissal with
14 prejudice is entered by this Court. *See generally Kokkonen v. Guardian Life Ins. Co. of America,*
15 511 U.S. 357, 381 (1994); *Hagestad v.Tragesser,* 49 F.3d 1430, 1432 (9th Cir. 1995).

16     IT IS SO STIPULATED.

17 Dated:  May 5, 2014      SALTZMAN & JOHNSON LAW CORPORATION

18      By:   /s/ Kimberly A. Hancock
19          KIMBERLY A. HANCOCK
     Attorneys for Plaintiffs

20

21     I, Kimberly A. Hancock, hereby attest, pursuant to N.D. Cal. General Order No. 45, that
22 the concurrence to the filing of this document has been obtained from each signatory hereto.

23

24 Dated:  May 5, 2014      JACKSON LEWIS P.C.

25      By:   /s/ David R. Johanson
26          DAVID R. JOHANSON
     Attorneys for the SOL Defendants

27

28

**ORDER**

Pursuant to the Settlement Agreement between Plaintiffs and the SOL Defendants, and good cause appearing:

IT IS HEREBY ORDERED that SOL HEALTHCARE, LLC, a California limited liability company, d/b/a CORE Healthcare Centers; SOLNUS TWO, LLC, a California limited liability company, d/b/a Oakland Healthcare & Wellness Center; SOLNUS THREE, LLC, a California limited liability company, d/b/a/ Roseville Point Health & Wellness Center; SOLNUS FOUR, LLC, a California limited liability company, d/b/a San Pablo Healthcare & Wellness Center; SOLNUS EIGHT, LLC, a California limited liability company, d/b/a The Rehabilitation Center of Oakland; SOL MAJER; and SHLOMO RECHNITZ only are dismissed from this action with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement if any action is required to enforce the Settlement Agreement after the dismissal with prejudice is entered by this Court. *See generally Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3d 1430, 1432 (9th Cir. 1995).

IT IS SO ORDERED.

Dated: May 6, 2014



_____
THE HONORABLE JON S. TIGAR
JUDGE, UNITED STATES DISTRICT COURT